WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

**CHARIHS LAVON HARRIS GLASS,** )          CASE NO.: **EDCV 12-0417 OP**

             Plaintiff,          )          ORDER AWARDING
                   )          EAJA FEES - Link ECF #20
            v.          )

MICHAEL J. ASTRUE,          )
Commissioner of Social Security,          )

            Defendant.          )
_____ )

      Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

      **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS and no/cents ($2,500.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

Dated: January 7, 2013

_____
Honorable Oswald Parada
United States Magistrate Judge

1